IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
DOCKET NUMBER 1:21-CV-04287

**BRIGHTSTAR FRANCHISING LLC,**
    Plaintiff,

vs.

**ACHIEVE HEALTH MANAGEMENT, a Wyoming Limited Liabilty Company,**
    Defendant,

## RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Summons and Complaint for Breach of Contract** and served the same at **1621 Central Avenue, Cheyenne, Wyoming** on **August 20, 2021** at **11:34 a.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Rose Garcia, Secretary for Wyoming Registered Agent as Registered Agent for Achieve Health Management**.

6. _____    Upon an Attorney of record or other Agent for Service.
7. __X__    Upon a corporation, by delivery of copies to their Registered Agent.
8. _____    A person in charge of, or chief executive officer thereof or to the secretary, clerk of its principal office, or place of business (Department or agency of the state, municipal or other public corporation.)

I declare under the penalty of perjury that this information is true.

**George Gliem**
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this _23rd_ day of August, 2021 by George Gliem.

Notary Public

My Commission Expires: Nov 30, 2024

**Cost of Service:**    $50.00
**Client's Name:**    Gutnicki Law Firm

CASEY TESTA - NOTARY PUBLIC
COUNTY OF LARAMIE    STATE OF WYOMING
MY COMMISSION EXPIRES NOV 30, 2024

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BrightStar Franchising LLC

V.

Achieve Health Management
a Wyoming limited liability company

CASE NUMBER: 1:21-cv-04287

ASSIGNED JUDGE: Honorable Edmond E. Chang

DESIGNATED
MAGISTRATE JUDGE: Honorable Sheila M. Finnegan

TO: (Name and address of Defendant)

Achieve Health Management
a Wyoming limited liability company
Wyoming Registered Agent
1621 Central Avenue
Cheyenne, Wyoming 82001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Aharon S. Kaye
Benjamin E. Schwab
GUTNICKI LLP
4711 Golf Road, Suite 200
Chicago, Illinois 60076

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Nicole Gibson*

(By) DEPUTY CLERK



August 18, 2021

DATE