# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

BrightStar Franchising LLC

                                   Plaintiff,

v.                                                          Case No.: 1:21–cv–04287

                                                              Honorable Edmond E. Chang

Achieve Health Management

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2021:

       MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 6, and the affidavit of service, R. 5, the Defendant is deemed to be in default under Federal Rule of Civil Procedure 55(a). The Plaintiff shall file a motion for judgment in a sum certain (absent a motion to vacate default) by 10/14/2021. The tracking status hearing of 10/01/2021 is reset to 10/22/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report by 10/15/2021. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.