IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

BrightStar Franchising LLC,

Plaintiff(s),

v.

Achieve Health Management,

Defendant(s).

Case No. 21 C 4287
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the Plaintiff and against the Defendant in the total amount of $134,089.91, comprised of $116,475.80 in past-due amounts, $5,823.79 in interest, and $11,790.32 in attorneys' fees, costs, and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for Default Judgment.

Date: 10/20/2021                    Thomas G. Bruton, Clerk of Court

                                    /s/ Michael Wing, Deputy Clerk