# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

BrightStar Franchising LLC, an
Illinois limited liability company,

Plaintiff(s),

v.

Achieve Health Management, LLC, a Wyoming
limited liability company.,

Defendant(s).

Case No. 21 C 4287
Judge Edmond E. Chang

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the Plaintiff BrightStar Franchising LLC an Illinois limited liability company and against the Defendant Achieve Health Management, LLC, a Wyoming limited liability company in the total amount of $134,089.91, comprised of $116,475.80 in past-due amounts, $5,823.79 in interest, and $11,790.32 in attorneys' fees, costs, and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for Default Judgment.

Date: 12/13/2021

Thomas G. Bruton, Clerk of Court
/s/ Michael Wing, Deputy Clerk